SEND - ENTER - JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL FERNANDEZ, | NO. CV 06-7851 SJO (SSx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| COUNTY OF LOS ANGELES, et al., | |
| Defendants. | |

IT IS HEREBY ADJUDGED AND ORDERED that judgment be entered in favor of Defendants County of Los Angeles, Victor Montes, Jeff Reiley, and Lee Baca, and against Plaintiff Miguel Fernandez. Defendants are not entitled to an award of attorney fees.

January 7, 2008

/S/

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE